U.S. Department of Justice



United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

**MEMO ENDORSED** April 3, 2008

BY FACSIMILE

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 640
New York, New York 10007

4/3/08
Application Granted
[signature]
HON. CO...

Re: United States v. Polanco et al,
    07 Cr. 1042

Dear Judge McMahon:

A conference is currently scheduled before Your Honor in the above-referenced matter tomorrow, April 4, 2008. Discovery in this matter has been provided by the Government and both defendants are in discussions with the Government regarding a possible disposition in this case. The Government respectfully requests that tomorrow's conference be adjourned until May 2, 2008, at 9:30 a.m., to allow these discussions to continue. The Government also respectfully requests, with both defense counsels' consent, to exclude time under the Speedy Trial Act from April 4, 2008 through May 2, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) so that the parties can use this time to continue discussing a possible disposition in this case.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/08

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: [signature]
Michael M. Rosensaft
Assistant U.S. Attorney
(212) 637-2366

cc: Louis Diaz, Esq.
    Jeffrey Rubin, Esq.