UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------- X

UNITED STATES OF AMERICA,          :

                                  : 07 Cr. 1042

        -against-                 : ECF CASE

IBERCA POLANCO                  :

                                  :

-------------------------------------- X

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

      Tejal Shah, member of good standing in this Court, enters her appearance as counsel of record on behalf of Defendant Iberca Polanco in the above-captioned matter.

Dated: New York, New York                Respectfully submitted,
       May 29, 2008

                                       /s/ Tejal D. Shah
                                       Tejal Shah (TS 1781)
                                       Cooley Godward Kronish LLP
                                       1114 Avenue of the Americas
                                       New York, NY 10036-7798
                                       Phone: (212) 479-6000
                                       Fax:    (212) 479-6275